No. 72–297. PORTNER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–301. COMEAUX *v.* BULLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–305. ARVIDSON ET AL. *v.* DILLINGHAM CORP., DBA ALBINA ENGINE & MACHINE WORKS. C. A. 9th Cir. Certiorari denied.

No. 72–306. STANLEY *v.* TAYLOR. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 72–310. RAINIER AVENUE CORP. *v.* CITY OF SEATTLE. Sup. Ct. Wash. Certiorari denied.

No. 72–311. SPEED *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 72–314. KEEFER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–315. NEW YORK CENTRAL RAILROAD Co. *v.* RAINES, SPECIAL ADMINISTRATOR. Sup. Ct. Ill. Certiorari denied.

No. 72–320. LIGHTENBURGER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–323. KHEEL ET AL. *v.* PORT OF NEW YORK AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–328. PARTEN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.